## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CRIMINAL NUMBER: 5:18-cr-00026-5** |
| | ) |
| **SANJAY MEHTA, D.O.,** | ) |
| | ) |
| **Defendant.** | ) |

### O R D E R

It is hereby **ORDERED** that the Bail Information Sheet and the Surety Information Sheet completed by the defendant and his sureties, Rasik B. Mehta, M.D. and Susanne F. Mehta, be placed under seal.

Entered this the 7th day of August, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge